# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 5:07-CR-16 (WDO)** |
| | : | |
| v. | : | VIOLATION: 21 U.S.C. § 846 |
| | : | 21 U.S.C. § 841(a)(1) |
| **LEONARD EARNEST ROYSTER** | : | 21 U.S.C. § 841(b)(1)(A)(ii) |
| | : | 21 U.S.C. § 841(b)(1)(C) |
| | : | 21 U.S.C. § 841(b)(1)(D) |
| | : | 21 U.S.C. § 853 |
| | : | 18 U.S.C. § 2 |
| _____ | : | |

## ORDER

Upon the motion of the Government, for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued from the January term of court to the next term of court. In support of this order the court specifically finds that:

(1)

The Defendant was indicted on March 15, 2007, and charged with conspiracy to distribute cocaine. The case has been assigned to the January trial calendar.

(2)

The Government's case will be based on the contents of taped conversations accumulated during the course of the investigation and the testimony of Anthony Sean Walker. The government has learned that Walker has absconded supervision and is currently the subject of a bench warrant. The tapes and transcripts will be necessary to prove the Government's case-in-chief.

(3)

WHEREFORE it is ordered that the case be continued from the February term of court to the next term of court. IT IS FURTHER ORDERED that any delay occasioned by the order be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

SO ORDERED, this 1st day of February, 2008.

*S/ Hugh Lawson*
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE


Presented by:

s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Fax Number: (478) 621-2655